IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TROY ANDERSON, | ) | No. C 09-3310 JSW (PR) |
| Plaintiff, | ) ) ) | **ORDER OF DISMISSAL** |
| v. | ) ) | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al, | ) ) ) ) | |
| Defendants. | ) ) | |

    Plaintiff, a previously incarcerated California State prisoner, filed a civil rights complaint. The complaint was dismissed with leave to amend. On September 21, 2010, the amended complaint was dismissed, and Plaintiff was again given leave to amend. He was cautioned that his failure to amend within thirty days would result in the dismissal of this action. No second amended complaint has been filed. The Clerk sent him a copy of the September 21, 2010 Order to the address where he last indicated that he was located. On October 4, 2010, the order was returned as undeliverable because Plaintiff was not located there. Plaintiff has not notified the Clerk of any change of address. More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

    The Clerk shall enter judgment and close the file.

    IT IS SO ORDERED.

DATED: December 23, 2010

JEFFREY S. WHITE
United States District Judge

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

TROY ANDERSON,

        Plaintiff,

  v.

CA STATE OF et al,

        Defendant.

        /

Case Number: CV09-03310 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 27, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Troy Anderson #V57236
301 Georgia Street
Suite 215
Vallejo, CA 94590

Dated: December 27, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk